UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Z.E., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ORANGE COUNTY, et al., <br><br> Defendants. | Case No. 2:23-cv-05656-JAK (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: November 12, 2024

JOHN A. KRONSTADT
United States District Judge

1